NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                                      Criminal Number  24-cr-221

Jeffrey Fortenberry
           (Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_Tom Romero_
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Tobin J. Romero (461273)
(Attorney & Bar ID Number)
Williams & Connolly LLP
(Firm Name)
680 Main Avenue SW
(Street Address)
Washington DC 20024
(City)       (State)       (Zip)
202-434-5000
(Telephone Number)