AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cr-00221-TNM |
| Jeffrey Fortenberry | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America.

Date: 05/22/2024

*Attorney's signature*

Mack E. Jenkins (Cal. Bar No. 242101)
*Printed name and bar number*
United States Attorney's Office
312 N. Spring St.
Suite 1200
Los Angeles, CA  90012

*Address*

mack.jenkins@usdoj.gov
*E-mail address*

(213) 894-2091
*Telephone number*

(213) 894-3426
*FAX number*