UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Number 24-cr-221 |
| JEFFREY FORTENBERRY | Hon. Trevor N. McFadden |
| Defendant. | |

MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 44.1(c) of the Local Criminal Rules of the United States District Court for the District of Columbia, Jonathan B. Pitt, an active and sponsoring member of the Bar of this Court, respectfully moves that Kristen A. DeWilde be admitted *pro hac vice* in the above-captioned action. This motion is supported by the Declaration of Kristen DeWilde and a Certificate of Good Standing, filed herewith. As set forth in Mrs. DeWilde's declaration, she has been admitted to and is an active member in good standing in both the District of Columbia Bar and Pennsylvania Bar.

Respectfully submitted,

Date: June 4, 2024

/s/ *Jonathan B. Pitt*
Jonathan B. Pitt (D.C. Bar No. 479765)
Williams & Connolly LLP
680 Maine Ave SW
Washington, DC 20024
Tel: (202) 434-5000
F: (202) 434-5029
jpitt@wc.com

*Counsel for Jeffrey Fortenberry*