## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Number 24-cr-221 |
| JEFFREY FORTENBERRY | Hon. Trevor N. McFadden |
| Defendant. | |

### [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY KRISTEN A. DEWILDE *PRO HAC VICE*

Upon consideration of the Motion for Admission for *Pro Hac Vice* for Kristen A. DeWilde, and the accompanying Declaration of Kristen A. DeWilde, it is hereby

**ORDERED** that the Motion for Admission Pro Hac Vice is **GRANTED**.

SO ORDERED this ___ day of _____, 2024.

_____
Hon. Trevor N. McFadden
United States District Judge