UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal No. 1:24-cr-221 (TNM) |
| JEFFREY FORTENBERRY, | |
| *Defendant.* | |

## JOINT PROPOSED BRIEFING SCHEDULE

Congressman Jeffrey Fortenberry, by and through his counsel, with concurrence from the government, respectfully submits this joint proposed briefing schedule to the Court in advance of the VTC status conference scheduled in this matter on July 26, 2024 at 10:00 AM. The parties have conferred on their respective schedules and propose the following dates to govern this matter:

| | |
|---|---|
| Pretrial motions, 404(b) notices, Expert notices | November 12, 2024 |
| Oppositions to pretrial motions, 404(b) notices, and Expert notices *(Due in 21 days if pretrial motion is filed before Nov. 12, 2024)* | December 3, 2024 |
| Replies to pretrial motions *(Due in 14 days if early)* | December 17, 2024 |
| Joint pretrial statement, to include:<br>• Joint statement of the case<br>• Proposed voir dire<br>• Proposed jury instructions<br>• Parties' witness and exhibit lists<br>• Proposed stipulations<br>• Proposed verdict form | January 10, 2025 |
| Pretrial Conference | January 17, 2025 |
| Trial | February 3, 2025 |

Date: July 25, 2024

Respectfully submitted,

**COUNSEL FOR THE DEFENDANT**

/s/ *Jonathan B. Pitt*
Jonathan B. Pitt (D.C. Bar No. 479765)
Tobin J. Romero (D.C. Bar. No. 461273)

-1-

Kristen A. DeWilde (D.C. Bar No. 90012738; *pro hac vice*)
Williams & Connolly LLP
680 Maine Ave SW
Washington, DC 20024
Tel: (202) 434-5000
F: (202) 434-5029
tromero@wc.com
jpitt@wc.com
kdewilde@wc.com

**COUNSEL FOR THE GOVERNMENT**

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

*/s/ Timothy Visser*_____
TIMOTHY VISSER (DC Bar No. 1028375)
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2590
timothy.visser@usdoj.gov

MACK E. JENKINS (Cal. Bar No. 242101)
Special Assistant United States Attorney
312 N. Spring Street, Suite 1200
Los Angeles, CA 90012
(213) 894-2091
mack.jenkins@usdoj.gov