**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**JEFFREY FORTENBERRY,**<br><br>*Defendant.* | **Criminal No. 1:24-cr-221 (TNM)** |

**[PROPOSED] ORDER**

Upon consideration of the defendant's Motion to Dismiss Count One of the Indictment for

Failure to State an Offense, it is hereby:

ORDERED that the defendant's Motion is GRANTED.  It is further

ORDERED that Count 1 of the Indictment is dismissed with prejudice.

IT IS SO ORDERED this _____ day of _____, 2024.

_____
The Honorable Trevor N. McFadden
United States District Judge