# EXHIBIT 13

FD-1036 (Rev. 10-16-2009)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

**Import Form**

**Form Type:** OTHER - Other　　　　　　　　　　　**Date:** 03/22/2019

**Title:** (U) 3.8.2019 AD Approval to Interview US Representative Jeffery Fortenberry

**Approved By:** A/SSRA RASSIER WILLIAM J IV

**Drafted By:** CARTER TODD M

**Case ID #:** 56F-LA-6718257　　　(U) TITANS GRIP;
　　　　　　　　　　　　　　　　　SENSITIVE INVESTIGATIVE MATTER

**Synopsis:** (U) On March 11, 2019, FBI Los Angeles received AD Approval to conduct an interview of U.S. Congressman Jeffery Fortenberry.

♦♦

UNCLASSIFIED

U.S.D.C. Central District of California

Case No.: 2:21-cr-00491-SB
Case Name: *USA v. Fortenberry*

DEFENSE EXHIBIT __1129__

Date: _____ IDEN.

Date: _____ EVID.

By: _____
　　　　Deputy Clerk

SUBJECT TO PROTECTIVE ORDER – SENSITIVE MATERIALS
SUBJECT TO PROTECTIVE ORDER – Cooperator Material

JF00002482

# PUBLIC CORRUPTION UNIT
# SENSITIVE INTERVIEW/INVESTIGATIVE CONTACT ROUTING LOG

**Field Office/File Number:** Los Angeles/56D-LA-6718257

**Title:** TITANS GRIP; Election Crimes-Federal, Sensitive Investigative Matter

**Subject(s) of Investigative Contact:** United States Representative Jeffrey Fontenberry

**FBIHQ Supervisor Assigned:** SSA Regino Chavez
Unit: PCU     Ext. 4-9231     Room # 3973

**OGC Review:** _Christopher L. Padurano_ 3/8/2019 @ 1031

| Approval: | Signature | Date/Time |
|---|---|---|
| Unit Chief | [signature] | 3/8/2019 @ 11:50am |
| Assistant Section Chief | | |
| Section Chief | Augie L. Young | 3/8/19 @ 11:59am |
| CID Deputy AD | Calvin A. Shivers | 3/8/2019 @ 12:25pm |
| CID AD | [signature] | 3/11/2019 |

SUBJECT TO PROTECTIVE ORDER – SENSITIVE MATERIALS
SUBJECT TO PROTECTIVE ORDER – Cooperator Material

JF00002483

# Sensitive Interview

**Requesting Field Office:**       Los Angeles Division

**Case title and file number:**    56F-LA-6718257
                                   TITANS GRIP;
                                   Election Crimes-Federal
                                   Sensitive Investigative Matter

**Interviewee's names official position/title and offices of assignment:**

FBI Los Angeles (LA) requests approval to interview Congressional Member Jeffery Fortenberry. Fortenberry is a subject of the investigation.

Jeffery Fortenberry (Fortenberry) is a current U.S. Representative for Nebraska's 1st District. Fortenberry has been a Congressman since 2005 and sits on the House Appropriations and Foreign Affairs Committees. In January 2015, Fortenberry was selected to a leadership position in the Religious Minorities in the Middle East Caucus.

**Case background:**



56F-LA-6718257

SUBJECT TO PROTECTIVE ORDER – SENSITIVE MATERIALS
SUBJECT TO PROTECTIVE ORDER – Cooperator Material

JF00002484



**Reason(s) for the interview and the general subject matter of the interviews:**



2

SUBJECT TO PROTECTIVE ORDER – SENSITIVE MATERIALS
SUBJECT TO PROTECTIVE ORDER – Cooperator Material

JF00002485

wanted to receive this type of contribution again then Baaklini and Chagoury would need to be contacted. The following is a portion of the conversation:

- Ayoub: Maybe, maybe, I don't know but perhaps, you know, Toufic [Baaklini] can ask Gilbert [Chagoury] to give us some money to donate to you, I don't know.
- Fortenberry: Um huh, yes, well, um, I can certainly discuss that with him [Baaklini], um, to, to, help, uh, you know gather an event for, uh, the community or, uh, meanwhile people want to contribute individually that would be great, so should I just ask him about that?
- Ayoub: Uh, I don't know, it is up to you, whatever.

The  recorded telephone call was done at the direction of the FBI

Fortenberry never returned the $30,000. Based on emails the FBI obtained from Ayoub, Fortenberry is aware that foreign nationals cannot donate to Congressional campaigns.

SA Todd Carter and SA Edward Choe will approach Fortenberry, mostly likely at his residence in Omaha, NE, and interview Fortenberry. Fortenberry will be interviewed about his conversation with Ayoub and his knowledge of the source of the $30,000 campaign contribution. In the event Fortenberry agrees to be interviewed, the information he provides may be used to pursue the indictment of Arsan, Baaklini, Christopher and Chagoury. Case agents will also seek to indict Fortenberry with Misprision of Felony and Conduit Contributions. In addition if case agents determine from the interview that Fortenberry is making false statements he will be charged with False Statement.



### USAO and/or DOJ-PIN notification and concurrence:

On February 19, 2019, Mack Jenkins, Chief of the Public Corruption Section, US Attorney's Office, Central District of California, was notified and concurred with the interview.

### How, where and when will the contact occur:

SA Todd Carter and SA Edward Choe will approach Fortenberry, mostly likely at his residence in Omaha, NE, and interview Fortenberry. The interview is expected to take place on March 16, 2019.

3

SUBJECT TO PROTECTIVE ORDER – SENSITIVE MATERIALS
SUBJECT TO PROTECTIVE ORDER – Cooperator Material

JF00002486

**Investigative personnel expected to be present:**

SA Todd Carter and SA Edward Choe.

**Coordination with other Field Office(s):**

The interview is expected to take place in FBI Omaha's (OM) area of responsibility (AOR). OM will be notified.



SUBJECT TO PROTECTIVE ORDER – SENSITIVE MATERIALS
SUBJECT TO PROTECTIVE ORDER – Cooperator Material

JF00002487