# Exhibit 6

1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION
HONORABLE STANLEY BLUMENFELD, JR., U.S. DISTRICT JUDGE

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JEFFREY FORTENBERRY,

        Defendant.

Case No. 2:21-cr-00491-SB-1

REPORTER'S TRANSCRIPT OF PROCEEDINGS
JURY TRIAL
MARCH 22, 2022
8:00 A.M.
LOS ANGELES, CALIFORNIA

JUDY K. MOORE, CRR, RMR
FEDERAL OFFICIAL COURT REPORTER
350 WEST 1ST STREET, #4455
LOS ANGELES, CALIFORNIA 90012
213.894.3539

```
 1                          APPEARANCES
 2   FOR THE GOVERNMENT:     MR. MACK E. JENKINS
                             MS. SUSAN S. HAR
 3                           MR. J. JAMARI BUXTON
                             Assistant United States Attorneys
 4                           312 North Spring Street
                             Suite 1500
 5                           Los Angeles, California 90012

 6

 7   FOR THE DEFENDANT:      MR. JOHN L. LITTRELL
                             Bienert Katzman Littrell Williams, LLP
 8                           903 Calle Amanecer
                             Suite 350
 9                           San Clemente, California 92673

10                           MR. RYAN V. FRASER
                             Bienert Katzman Littrell Williams, LLP
11                           601 West 5th Street
                             Suite 720
12                           Los Angeles, California 90071

13                           MR. GLEN E. SUMMERS
                             Bartlit Beck, LLP
14                           1801 Wewatta Street
                             Suite 1200
15                           Denver, Colorado 80202

16                           MS. KALLY A. KINGERY
                             Kingery Law
17                           9595 Wilshire Boulevard
                             Suite 900
18                           Beverly Hills, California 90212

19

20

21

22

23

24

25
```

<small>
<small>
<small>
</small>
</small>
</small>

3

```
 1                           I N D E X

 2   GOVERNMENT WITNESSES:
       JAMES O'LEARY
 3       Direct Examination by Mr. Buxton, Page 30
         Cross-Examination by Mr. Fraser, Page 93
 4       Redirect Examination by Mr. Buxton, Page 138
         Recross-Examination by Mr. Fraser, Page 146
 5
       EDWARD CHOE
 6       Direct Examination by Ms. Har, Page 180

 7
     DEFENSE WITNESSES:
 8     NIBRAS BASITKEY
         Direct Examination by Ms. Kingery, Page 169
 9       Cross-Examination by Mr. Jenkins, Page 177

10
```

| | GOVERNMENT EXHIBITS | OFFERED | RECEIVED |
|---|---|---|---|
| 12 | Exhibits 115-117, 120-124, 126-132 | 18 | 19 |
| 13 | Exhibits 11-12, 102, 134-148 | 21 | 21 |
| 14 | Exhibits 151-152, 154-155, 159 | 21 | 21 |
| 15 | Exhibits 180-181, 195 | 21 | 21 |
| 16 | Exhibit 197 | 21 | 22 |
| 17 | Exhibit 192 (Demonstrative) | 237 | 237 |

| | DEFENSE EXHIBITS | | |
|---|---|---|---|
| 20 | Exhibit 1089 | 99 | 99 |
| 21 | Exhibit 1107 | 119 | 120 |
| 22 | Exhibit 1108 (Limited excerpt) | 126 | 126 |
| 23 | Exhibit 1094 | 136 | 136 |
| 24 | Exhibit 1009 | 174 | 174 |

1  follows:
2        COURTROOM DEPUTY:  Would you please state and spell
3  your full name for the record.
4        THE WITNESS:  Nibras Basitkey, N-I-B-R-A-S,
5  B-A-S-I-T-K-E-Y.
6        COURTROOM DEPUTY:  Thank you.
7        THE COURT:  You may inquire.
8                    DIRECT EXAMINATION
9  BY MS. KINGERY:
10 Q.   Good afternoon, Ms. Basitkey.  Thank you for being here
11 today.  Would you please tell us where you grew up.
12 A.   I group up in northern Iraq in a very small Yezidi
13 village.
14 Q.   And what was that like?
15 A.   I grew up with -- the village was very small, about 500
16 people or so.  The village was very isolated, and we were
17 basically -- life was surrounded by farming and nothing more
18 than that.
19 Q.   And are you Yezidi?
20 A.   Yes, I am.
21 Q.   What does that mean?
22 A.   I'm basically -- we are a small religious minority.  Most
23 of us are located in northern Iraq, and we basically believe in
24 God and seven angels.  We don't have a book of our own, but we
25 do have some principles that has been passed down throughout

1  generations and we do believe to be one of the most ancient
2  religions.
3  Q.    How are Yezidi people treated in northern Iraq?
4  A.    Throughout history, we've been persecuted many times and
5  until recently in 2014 where a genocide was committed by
6  Islamic groups.  And that was one of the reasons my family and
7  I became refugees.
8  Q.    Are Yezidis a religious minority in northern Iraq?
9  A.    Yes, they are.
10 Q.    Are they Christian?
11 A.    No, they are not.
12 Q.    Are Christians also a religious minority in the Middle
13 East?
14 A.    Yes, they are.
15 Q.    And are they treated similarly to the Yezidi people?
16 A.    Yes.
17 Q.    And who did you live with in northern Iraq?
18 A.    I lived with my family.
19 Q.    What did your family do there?
20 A.    My dad worked for the U.S. Army, and then my mom was
21 housewife.
22 Q.    What did your dad do for the U.S. Army?
23 A.    He worked at one of those companies that provided --
24         MR. JENKINS:  Objection.
25         THE COURT:  One second, please.

1          MR. JENKINS:  403.  401 objection, your Honor.
2          THE COURT:  Sustained.
3  BY MS. KINGERY:
4  Q.    At some point you left northern Iraq, correct?
5  A.    Yes.
6  Q.    Why did you leave?
7  A.    In 2014, ISIS attacked our town and we became internally
8  displaced for about a year.  And at that time we -- my parents
9  and I, we filed for a refugee visa to come to the U.S. and we
10 landed in Lincoln, Nebraska.
11 Q.    Why did you choose to come to Lincoln?
12 A.    We heard there's a large Yezidi community located in
13 Lincoln, Nebraska, and my father had one of his friends there
14 that -- and then none of us spoke any English, so it was good
15 to be in a place where some people were familiar and able to
16 speak our language to help us out in the first year.
17 Q.    So when you got to Lincoln, did you find that there was,
18 in fact, a large Yezidi community there?
19 A.    Yes, there is a large community there.
20 Q.    And at some point did you become aware of Congressman
21 Fortenberry?
22 A.    Yes.
23 Q.    How did you become aware of him?
24 A.    Congressman attended one of -- they're -- like I
25 mentioned, there's a large Yezidi community, so Congressman was

1  attending one of our New Year celebrations, and that was the
2  first time I got to meet him.  He was one of the guest speakers
3  during that gathering.  That was the first time I met him.  And
4  later on I interned for him as well.
5  Q.    So when you saw him speaking at that gathering, what was
6  your impression of him?
7  A.    I was basically leaving persecution and chaos from back
8  home, and it wasn't very usual for us to have politicians show
9  up to our events, especially religious events, so that was one
10 of the first -- it was -- felt very welcoming to have
11 Congressman there.
12 Q.    What year was that?
13 A.    That was in 2017, I believe.
14 Q.    2017?  And at some point did you reach out to the
15 Congressman?
16 A.    Yes, I did.
17 Q.    Why did you reach out?
18 A.    I reached out to him for a class I had in high school
19 where you have to shadow somebody that you would want to be one
20 day, and I reached out to him, writing him a letter in very
21 broken English, asking him to meet to discuss the Yezidi
22 situation and religious minorities in the Middle East.
23 Q.    And when you reached out to him, did he respond?
24 A.    Yes, he did.
25 Q.    How did that make you feel that he responded?

```
 1  A.     Sorry.  Can you repeat that?
 2  Q.     Sure.  What -- how did that impact you, his response?
 3  A.     It was very exciting.  As --
 4         MR. JENKINS:  Objection.  403.  401.  Objection,
 5  your Honor.
 6         THE COURT:  Sustained.
 7  BY MS. KINGERY:
 8  Q.     So after -- what did the Congressman say to you when he
 9  responded?
10  A.     What's that?
11         MR. JENKINS:  Objection.  403.  401 hearsay.
12         THE COURT:  Sustained.
13  BY MS. KINGERY:
14  Q.     At some point did you end up meeting the Congressman?
15  A.     Yes, I did.
16  Q.     How did that come about?
17  A.     I met him in his Congressional office, and we just spent
18  time talking about the Yezidi situation and other religious
19  minorities in the Middle East.
20         MS. KINGERY:  I'd like to, with the Court's
21  permission, show the witness a photo, Defense Exhibit 1009.
22  BY MS. KINGERY:
23  Q.     Ms. Basitkey, do you recognize this photo?
24  A.     Yes, I do.
25  Q.     How do you recognize it?
```

174

1  A.     This was taken in Yezidi genocide anniversary.  That
2  happens every year in Lincoln community.  Congressman was one
3  of the guest speakers, and I was also presenting during that
4  time.
5  Q.     And can you identify the people in this photo?
6  A.     Yes.  It's me wearing the traditional Yezidi and then one
7  of -- Sha Hanas (ph), she's also one of the Yezidis, an
8  activist in the Yezidi communities.  And Congressman
9  Fortenberry.
10            MS. KINGERY:  With the Court's permission, I'd like
11 to admit Exhibit 1009 into evidence, please.
12            MR. JENKINS:  Your Honor, we'll object on 403.
13 Relevance.  Vague as to time.
14            THE COURT:  It will be received.
15            MS. KINGERY:  Thank you, your Honor.
16 BY MS. KINGERY:
17 Q.     After you met Congressman Fortenberry, what happened?
18 A.     After that meeting was over, I asked him if there's any
19 internships offered to any available, and he connected me with
20 the district director.  And from there, two weeks later, I
21 started interning for -- in his Congressional office.
22 Q.     How much time passed between the time that you reached
23 out to him and the time that you started working as an intern
24 for him?
25 A.     I would say less than a month.

1  Q.    Less than a month, okay.  And as an intern, what did you
2  do for him?
3  A.    In the beginning, like I mentioned before, I didn't speak
4  much English, so it was very limited to answering phone calls
5  from constituents, reading their letters and summarizing them
6  in a database for the Congressman to read later.
7  Q.    How long did you work for him as an intern?
8  A.    For about a year and a half, until I graduated from high
9  school.
10 Q.    And what year was that?
11 A.    I ended my internship in May of 2018.
12 Q.    Okay.  And at some point did you come back and work for
13 the Congressman again?
14 A.    Yes, I did.
15 Q.    What did you do for him when you came back to work for
16 him?
17 A.    I returned as a Director of Minority Outreach for his
18 campaign.
19 Q.    And when was that?
20 A.    That was in June of 2020.
21 Q.    And what were your responsibilities as the Director of
22 Minority Outreach?
23 A.    One of those responsibilities were reaching out to the
24 Yezidi and the Vietnamese community, drafting letters and
25 making them basically aware of the campaign.

1  Q.    And is that something that you did at Congressman
2  Fortenberry's direction?
3  A.    Yes.
4  Q.    And how long did you work for him as the Director of
5  Community (sic) Outreach?
6  A.    For about three months.
7  Q.    About three months?
8  A.    Yes.
9  Q.    To your knowledge, did the Congressman -- was his work on
10 helping religious minorities, including Yezidi.  While you
11 worked for him?
12 A.    Sorry.  Can you repeat that question?
13 Q.    Yeah.  Sorry.  That was poorly phrased.
14        To your knowledge, while you were working as the
15 Director of Minority Outreach on his campaign, did the
16 Congressman work on helping persecuted religious minorities in
17 the Middle East?
18 A.    Yes.
19 Q.    And did you find that that was a cause that he truly
20 cared about?
21 A.    Yes.
22        MR. JENKINS:  Objection.  403.  Foundation.  401.
23 BY MS. KINGERY:
24 Q.    To your knowledge --
25        THE COURT:  One second, please.  The objection is

1 sustained.
2     MS. KINGERY: Thank you, your Honor.
3 BY MS. KINGERY:
4 Q. To your knowledge, while you were working for Congressman
5 Fortenberry, did you find his work protecting religious
6 minorities to be sincere?
7 A. Yes.
8     MR. JENKINS: Objection. 403. 401. Foundation.
9 Move to strike the last two answers, your Honor.
10     THE COURT: Sustained. The last two responses are
11 stricken.
12     MS. KINGERY: Thank you, your Honor. No further
13 questions.
14     THE COURT: All right. Mr. Jenkins?
15     MR. JENKINS: Yes, your Honor.
16     CROSS-EXAMINATION
17 BY MR. JENKINS:
18 Q. Good afternoon, Ms. Basitkey.
19 A. Good afternoon.
20 Q. Thank you for being here. Were you subpoenaed to be
21 here?
22 A. Yes.
23 Q. Does that mean under Court compulsion, that's why you
24 have to be here?
25 A. Yes.

1  Q.    And are you a college student?
2  A.    Yes, I am.
3  Q.    Are you currently in class right now?
4  A.    Yes, I do have classes.
5  Q.    And you were subpoenaed --
6          MS. KINGERY:  Objection, your Honor.  Beyond the
7  scope.
8          THE COURT:  Overruled.
9  BY MR. JENKINS:
10 Q.    And so you were subpoenaed during your class school year
11 to be here to testify?
12 A.    Yes.
13 Q.    You said you met the defendant, Congress Member
14 Fortenberry, in 2017, correct?
15 A.    Yes.
16 Q.    So were you aware of any illegal campaign contributions
17 that he received in 2016?
18         MS. KINGERY:  Objection, your Honor --
19 A.    No.
20         MS. KINGERY:  -- beyond the scope.  403.
21         THE COURT:  Sustained.  And the jury is to disregard
22 the question.
23 BY MR. JENKINS:
24 Q.    Are you -- your most recent term -- I just want to get
25 the timeline down.  From 2017, what was the term that you

1  worked for the defendant?
2  A.    As an intern in his Congressional office.
3  Q.    And do you remember the time frame?  I scribbled it, but
4  I can't read it.
5  A.    It was February of 2017 to May of 2018.
6  Q.    And then you had a sort of part two.  You returned to his
7  office, and if you could give us those dates?
8  A.    That was June of 2020 to August of 2020.
9              MR. JENKINS:  No further questions, your Honor.
10             THE COURT:  All right.  Anything further of this
11 witness?
12             MS. KINGERY:  No, your Honor.  Thank you.
13             THE COURT:  All right.  You're excused.  Please
14 watch your step going down.  Thank you.
15             Members of the jury, we are now going to switch back
16 into the Government's case, which is where we are at this point
17 with their next witness.
18             MS. HAR:  May I call the next witness, your Honor?
19             THE COURT:  Please.
20             MS. HAR:  The Government calls FBI Special Agent
21 Edward Choe.
22                    SPECIAL AGENT EDWARD CHOE,
23 called as a witness by the Government, was sworn and testified
24 as follows:
25             COURTROOM DEPUTY:  Would you please state and spell