UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JEFFREY FORTENBERRY,**<br><br>*Defendant.* | Criminal No. 1:24-cr-221 (TNM) |

**[PROPOSED] ORDER**

Upon consideration of the defendant's Motion *In Limine* to Exclude Opinion Testimony Concerning the Veracity of Statements, it is hereby:

ORDERED that the defendant's Motion is GRANTED. It is further

ORDERED that the government shall not present opinion testimony as to the veracity, accuracy, or consistency of Congressman Fortenberry's statements.

IT IS SO ORDERED this _____ day of _____, 2024.

_____
The Honorable Trevor N. McFadden
United States District Judge