UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEFFREY FORTENBERRY,<br><br>*Defendant.* | Criminal No. 1:24-cr-221 (TNM) |

**[PROPOSED] ORDER**

Upon consideration of the defendant's Motion *In Limine* to Exclude Testimony Interpreting Prior Recorded Statements, it is hereby:

ORDERED that the defendant's Motion is GRANTED. It is further

ORDERED that the government shall not present evidence, in the form of testimony from government agents, purporting to interpret any prior recorded statement.

IT IS SO ORDERED this _____ day of _____, 2024.

_____
The Honorable Trevor N. McFadden
United States District Judge