# EXHIBIT 1

**1**

1            UNITED STATES DISTRICT COURT
2       CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION
        HONORABLE STANLEY BLUMENFELD, JR., U.S. DISTRICT JUDGE
3

4  UNITED STATES OF AMERICA,

5                     Plaintiff,

6    v.                              Case No.
                                     2:21-cr-00491-SB-1
7  JEFFREY FORTENBERRY,

8                     Defendant.
   _____
9

10

11

12             REPORTER'S TRANSCRIPT OF PROCEEDINGS
                            JURY TRIAL
                         MARCH 22, 2022
13                         8:00 A.M.
                     LOS ANGELES, CALIFORNIA
14

15

16

17

18

19

20

21

22  _____

23                   JUDY K. MOORE, CRR, RMR
                  FEDERAL OFFICIAL COURT REPORTER
24                  350 WEST 1ST STREET, #4455
                  LOS ANGELES, CALIFORNIA 90012
25                        213.894.3539

1  A.    Joseph Arsan, Toufic Baaklini, and Dr. Ayoub.

2  Q.    Who is Joseph Arsan?

3  A.    Joseph Arsan was a California resident.  He was a

4  physician in Lebanon.  He was essentially, in the United

5  States, Mr. Chagoury's right-hand man.  And he provided

6  reimbursements for the illegal political campaign's -- certain

7  illegal contributions to Dr. Ayoub.

8  Q.    And did Mr. Arsan have a home in any other locations

9  besides Los Angeles?

10  A.    Yes.

11  Q.    And where was that?

12  A.    He also had a home in Paris.

13  Q.    Who is Toufic Baaklini?

14  A.    Toufic Baaklini, he is an individual that resides in

15  northern Virginia, the Washington D.C. area.  He's a

16  consultant.

17  Q.    For whom?

18  A.    Gilbert Chagoury.

19  Q.    And does he also hold any roles in any non-profit

20  organizations?

21  A.    Yes.  He was the founder of IDC, which is In Defense of

22  Christians.

23  Q.    And what, if anything, did the Federal investigation

24  reveal that Toufic Baaklini had done?

25  A.    It revealed that Toufic Baaklini provided $30,000 in cash

1  to Dr. Ayoub and those funds were donated to Congressman

2  Fortenberry's campaign.

3  Q.    And did the Federal investigation identify the source of

4  the $30,000 cash that Toufic Baaklini gave to Dr. Ayoub?

5  A.    Yes.  The source was from Gilbert Chagoury.

6  Q.    And who is Dr. Ayoub?

7  A.    Dr. Ayoub is a medical doctor.  He is a -- he resides in

8  Los Angeles.  He's a physician.  Dr. Ayoub facilitated

9  providing -- he provided illegal campaign contributions to

10 various individuals.

11 Q.    What were some of the things that you did when you joined

12 the Federal investigation?

13 A.    Well, initially I reviewed the financial records that had

14 already been collected.  Since we're IRS, we can secure certain

15 tax returns.  I did that.  I reviewed the tax returns to make a

16 determination if anybody had any potential criminal tax

17 violations.  As we started the investigation, as a member of

18 the team, I participated in certain investigative activities;

19 drafting subpoenas, issuing subpoenas, conducting witness

20 interviews.

21 Q.    And is it fair to say that you were primarily focused on

22 the tax aspect of the investigation?

23 A.    Yes.

24 Q.    Now, you testified a moment ago that you participated in

25 interviews as part of the Federal investigation; is that

**0**

1                    CERTIFICATE OF OFFICIAL REPORTER

2

3   COUNTY OF LOS ANGELES     )
                              )
4   STATE OF CALIFORNIA       )

5

6           I, JUDY K. MOORE, FEDERAL OFFICIAL REALTIME COURT

7   REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE

8   CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT

9   TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING

10  IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY

11  REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT

12  THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE

13  REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

14

15

16

17                  DATED THIS 19TH DAY OF MAY, 2022.

18

19
                            /s/Judy K. Moore
20                 _____
                        JUDY K. MOORE, CRR, RMR
21                  FEDERAL OFFICIAL COURT REPORTER

22

23

24

25