UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEFFREY FORTENBERRY,<br><br>*Defendant.* | Criminal No. 1:24-cr-221 (TNM) |

**[PROPOSED] ORDER**

Upon consideration of the defendant's Motion *In Limine* to Exclude Testimony that Does Not Satisfy the Personal Knowledge Requirement, it is hereby:

ORDERED that the defendant's Motion is GRANTED. It is further

ORDERED that the government shall not present testimony of government agents as to investigative conclusions or findings that do not meet the personal knowledge requirement.

IT IS SO ORDERED this _____ day of _____, 2024.

_____
The Honorable Trevor N. McFadden
United States District Judge