UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JEFFREY FORTENBERRY,**<br><br>*Defendant.* | Criminal No. 1:24-cr-221 (TNM) |

### [PROPOSED] ORDER

Upon consideration of the defendant's Motion *In Limine* To Exclude Evidence of Investigation into Uncharged Offenses, it is hereby:

ORDERED that the defendant's Motion is GRANTED. It is further

ORDERED that the government may not introduce evidence of uncharged offenses other than potential campaign finance violations that underlie the charged offenses in the Indictment.

IT IS SO ORDERED this _____ day of _____, 2024.

_____
The Honorable Trevor N. McFadden
United States District Judge