UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEFFREY FORTENBERRY,<br><br>　　　　　*Defendant.* | Criminal No. 1:24-cr-221 (TNM) |

### [PROPOSED] ORDER

Upon consideration of the defendant's Motion to Preclude the Use of Subtitles and Visuals During Certain Audio Recordings, it is hereby:

ORDERED that the defendant's Motion is GRANTED. It is further

ORDERED that the government shall not display scrolling transcripts and visuals during the playing of audio recordings of telephone conversations between the defendant and the individual identified in the Indictment as "Individual H."

IT IS SO ORDERED this _____ day of _____, 2024.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Trevor N. McFadden
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge