UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEFFREY FORTENBERRY,<br><br>*Defendant.* | Criminal No. 1:24-cr-221 (TNM) |

**[PROPOSED] ORDER**

Upon consideration of the defendant's Motion for Permission to File Additional Motions, it is hereby:

ORDERED that the defendant's Motion is GRANTED. It is further

ORDERED that the parties may file additional pretrial motions if necessary.

IT IS SO ORDERED this _____ day of _____, 2024.

_____
The Honorable Trevor N. McFadden
United States District Judge