# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Criminal No. 1:24-cr-221 (TNM) |
| **JEFFREY FORTENBERRY,** | |
| *Defendant.* | |

## UNITED STATES' NOTICE OF WITHDRAWAL OF COUNSEL

The United States of America, through the undersigned attorneys, respectfully submits this Notice of Withdrawal of Counsel in the above-captioned case.

In September 2024, I, Mack E. Jenkins, notified the United States Attorney for the Central District of California that I would be leaving the employment of the Department of Justice prior to the end of the year. I have since confirmed my formal separation date from the Department of

///

Justice to be December 9, 2024.  Thus, I am no longer able to serve as counsel for the United States of America in the above-captioned case and request to be terminated from the docket.  All other counsel representing the United States of America in this matter should remain on the docket.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By: _____
MACK E. JENKINS (Cal. Bar No. 242101)
Special Assistant United States Attorney
312 N. Spring Street, Suite 1200
Los Angeles, CA 90012
(213) 894-2091
mack.jenkins@usdoj.gov

TIMOTHY VISSER (DC Bar No. 1028375)
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2590
timothy.visser@usdoj.gov

SUSAN HAR (Cal. Bar No. 301924)
Special Assistant United States Attorney
312 N. Spring Street, Suite 1200
Los Angeles, CA 90012
(213) 894-3289
susan.har@usdoj.gov