UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JEFFREY FORTENBERRY,**<br><br>*Defendant.* | **Criminal No. 1:24-cr-221 (TNM)** |

### CONGRESSMAN FORTENBERRY'S NOTICE OF
### WITHDRAWAL OF MOTION TO DISQUALIFY (ECF NO. 27)

Congressman Fortenberry, through undersigned counsel, respectfully withdraws his pending Motion To Disqualify, ECF No. 27. In light of the Notice Of Withdrawal filed by counsel for the government, ECF No. 42, the issues presented in the Congressman's Motion are moot.

Date: December 3, 2024

Respectfully submitted,

/s/ *Tobin J. Romero*
Tobin J. Romero (Bar. No. 461273)
Jonathan B. Pitt (Bar No. 479765)
Andrew P. Lemens (Bar No. 156487)
Kristen A. DeWilde (Bar No. 90012738, *pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Ave SW
Washington, DC 20024
Tel: (202) 434-5000
F: (202) 434-5029
tromero@wc.com
jpitt@wc.com
alemens@wc.com
kdewilde@wc.com

*Counsel for Jeffrey Fortenberry*