# Exhibit 1

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION



11000 WILSHIRE BLVD., STE. 1700
LOS ANGELES, CA 90024

| | |
|---|---|
| Disc Number (Section): | 1D65 |
| Date of Recording: | March 23, 2019 |

## VERBATIM TRANSCRIPTION

**Participants**

| | |
|---|---|
| AGENT CARTER: | FBI Special Agent Todd Carter |
| AGENT O'LEARY: | IRS Special Agent James O'Leary |
| OFFICER: | Unidentified Officer |
| **FORTENBERRY**: | Jeffrey Fortenberry |

**Abbreviations**

| | |
|---|---|
| [UI]: | Unintelligible |
| [OV]: | Overlapping Voice |

| | | |
|---|---|---|
| 1 | | **CLIP 1** |
| 2 | | |
| 3 | AGENT CARTER: | Good evening Congressman, we apologize for the inconvenience. My |
| 4 | | name's Todd Carter, I'm with the FBI. |
| 5 | | |
| 6 | **FORTENBERRY:** | Um, did you guys check this out-- |
| 7 | | |
| 8 | OFFICER: | Yep. We-- |
| 9 | | |
| 10 | **FORTENBERRY:** | Okay, we're gonna have a little conversation before we have a conversation. |
| 11 | | |
| 12 | AGENT CARTER: | Yes, Congressman-- |
| 13 | | |
| 14 | **FORTENBERRY:** | [OV] I'd like them to be present. |
| 15 | | |
| 16 | AGENT O'LEARY: | Sure-- |
| 17 | | |
| 18 | AGENT CARTER: | [OV] Yes, Congressman. |
| 19 | | |
| 20 | **FORTENBERRY:** | Come in, please. |
| 21 | | |
| 22 | AGENT CARTER: | May we? |
| 23 | | |
| 24 | **FORTENBERRY:** | Sit down. So because of the nature of your inquiry, the surprising lack of |
| 25 | | professionalism, you have res--this has resulted in us calling the local police |
| 26 | | chief, wasting their time. Your message was unidentifiable. It's a random |
| 27 | | call to a private number on a Saturday. Then you come to my door, refuse |
| 28 | | to identify yourselves--other than your badge. My wife asked for your card, |
| 29 | | you said no-- |
| 30 | | |
| 31 | AGENT CARTER: | I don't have any cards. |
| 32 | | |
| 33 | **FORTENBERRY:** | You claimed you're with the Omaha office--you're not with the Omaha |
| 34 | | office. Your number is a California number. We have gotten death threats |
| 35 | | against us; I have small children. The milieu and the context in which we |
| 36 | | are operating should give you a deeper understanding as to why I'm upset |
| 37 | | with you, and that this whole thing has caused a lot of suspicion. Maybe you |
| 38 | | don't care about that-- |
| 39 | | |
| 40 | AGENT CARTER: | No we care-- |
| 41 | | |
| 42 | **FORTENBERRY:** | --but that's a problem. |
| 43 | | |
| 44 | AGENT CARTER: | We care. And I understand your sensitivities-- |
| 45 | | |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | **FORTENBERRY:** | [OV] And so she's trying to figure out how to describe you. She said one guys was larger and younger, and the other one she said looked like Lenin. I said, "You mean balding with a goatee?" "Yeah." This is-this is what you've put us through today. We've had threats to the children, and people have threatened us--with top secret security clearances--that have had to go all the way to the top for punishment. It's bizarre and weird. You got a job to do-- |
| 9<br>10<br>11 | **AGENT O'LEARY:** | All but-but we-we want to make sure--we actually properly identified ourselves, and we never--we didn't threaten anybody. We were here for a couple minutes, and we-- |
| 13<br>14 | **FORTENBERRY:** | You're not hearing what I'm saying. I'm talking about the milieu in which I'm operating-- |
| 16 | **AGENT O'LEARY:** | Oh well-well, I just want to make sure that-- |
| 18 | **AGENT CARTER:** | [OV] Okay. |
| 20<br>21 | **AGENT O'LEARY:** | --that-that we--you know, we understand that-that--you understand that we didn't threaten anybody. We identified ourselves-- |
| 23<br>24 | **FORTENBERRY:** | [OV] I didn't say that. You're not listening to me. Why don't you listen carefully to what I just said? |
| 26 | **AGENT O'LEARY:** | Okay. |
| 28<br>29 | **FORTENBERRY:** | You're accusing me of saying that you threatened someone. I never said that. Did you hear me say that, officers? |
| 31 | **OFFICER:** | No, sir. |
| 33 | **AGENT CARTER:** | No. |
| 35 | **FORTENBERRY:** | That's why I'm having them stand here. |
| 37 | **AGENT CARTER:** | Yes, sir-- |
| 39 | **AGENT O'LEARY:** | [OV] Okay. |
| 41<br>42<br>43 | **FORTENBERRY:** | So we've got a problem. Now, you can talk to me, if you want, about whatever your business is. But I'm not really in a frame of mind. And I've told them that. |
| 45 | **AGENT CARTER:** | Okay. Well, due to the sensitivity of the investigation, and re— |

| | | |
|---|---|---|
| 1 | **FORTENBERRY:** | [OV] [UI] investigation? |
| 2 | | |
| 3 | AGENT CARTER: | --and respect for privacy for you, that's why we decided to contact you on |
| 4 | | the weekend.  And as part of any investigation, and to preserve the |
| 5 | | integrity of it, I want to remind you that lying to the FBI is illegal.  Not |
| 6 | | that you would lie, I just have to let you know that that's uh, what I-I say |
| 7 | | in every interview-- |
| 8 | | |
| 9 | **FORTENBERRY:** | [OV] You lied to me.  You said you were from Omaha. |
| 10 | | |
| 11 | AGENT CARTER: | In Omaha, yes. Not from Omaha, correct.  [*Pause*] We're here to discuss, if |
| 12 | | you so wish--because this is voluntary, you can stop us at any time--In |
| 13 | | Defense of Christian and campaign funding. |
| 14 | | |
| 15 | **FORTENBERRY:** | Okay. |
| 16 | | |
| 17 | AGENT CARTER: | I have photographs here that I'd like to show you of individuals that we um, |
| 18 | | would like to know more about. And that's why we're here. |
| 19 | | |
| 20 | **FORTENBERRY:** | Okay. |
| 21 | | |
| 22 | AGENT CARTER: | Out of abundance of-of uh--because of the sensitivity, and because we |
| 23 | | respect your privacy, we did not know the milieu of-of-of problems, and |
| 24 | | we apologize for that.  We did not mean to put you through that.  That's |
| 25 | | not our intention.  And I don't have any cards left, that is my own issue. |
| 26 | | So I, I deeply apologize for that.  And 'cause we do respect your privacy. |
| 27 | | Do you wish to continue or…?  Cause I have some pictures I'd like to-to |
| 28 | | show you.  If you could help identify and--know a little bit more ab--I'll- |
| 29 | | I'll hand them to you, um, if you don't mind. Do you know-do you know |
| 30 | | in--first--In Defense of Christians? Are you fam-- |
| 31 | | |
| 32 | **FORTENBERRY:** | [OV] I am, yes. |
| 33 | | |
| 34 | AGENT CARTER: | --familiar with the group?  Uh, are you a-a board member or a member? |
| 35 | | |
| 36 | **FORTENBERRY:** | No. |
| 37 | | |
| 38 | AGENT CARTER: | What can--could you let us know more about that? |
| 39 | | |
| 40 | AGENT O'LEARY: | What--is-is-is-is this-- |
| 41 | | |
| 42 | **FORTENBERRY:** | [OV] Yes [UI]-- |
| 43 | | |
| 44 | AGENT O'LEARY: | --a good time to--it is not-- |
| 45 | | |
| 46 | AGENT CARTER: | Is this a good time? |

| | | |
|---|---|---|
| 1 | AGENT O'LEARY: | For us to-for us-us to de--to-to-to-- |
| 2 | | |
| 3 | AGENT CARTER: | [OV] Do you want the officers to continue-- |
| 4 | | |
| 5 | AGENT O'LEARY: | [OV] [UI] do you want the officers present? |
| 6 | | |
| 7 | **FORTENBERRY:** | I'd like them present. |
| 8 | | |
| 9 | AGENT CARTER: | Okay. |
| 10 | | |

**Exhibit 115T**
**Clip 1**
**Page 5 of 5**